In the Matter of the Probate of the Will of ISADOR ROSENBERG, Deceased. ELEANOR STENBERG et al., Appellants; LOUIS ROSENBERG et al., as Executors of ISADOR ROSENBERG, Deceased, Respondents.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

THERESA JOHNSON et al., Appellants, v. MARILYN DENNETT et al., Respondents.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

(A) SALLY S. KROUL, Appellant, v. IRA KROUL, Respondent. (B) PATRICK LILLY, Appellant, v. GERARD REILLY et al., Respondents. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur. (C) BILLIE J. LOEW, Respondent, v. ROBERT B. LOEW, Appellant. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.— There was no appearance for appellant and appellant failed to comply with an order of this court, dated September 18, 1961, requiring him to perfect his appeal for the November 1961 Term.

IRA PARIS et al., Respondents, v. GRACE HARBOR ASSOCIATION, INC., et al., Appellants.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THEODORE R. BARNES, Appellant.— This court, on October 2, 1961 (ante, p. 778), having unanimously affirmed an order of the County Court, Queens County, dated November 4, 1959, the defendant, pursuant to subdivision 1 of section 520 of the Code of Criminal Procedure, now makes application to the Honorable GERALD NOLAN, Presiding Justice of this court, for leave to take a further appeal to the Court of Appeals. Such application for leave to appeal to the Court of Appeals is denied by Presiding Justice NOLAN.